## INDUSTRIAL COMM v FORTHMAN

Ohio Appeals, 1st Dist, Hamilton Co

Decided Nov 13, 1934

John W. Bricker, Attorney General, Columbus, R. R. Zurmehly, Columbus, and Raymond J. Kunkel, Cincinnati, for plaintiff in error.

Harold M. Baron, Cincinnati, and Henry J. Weller, Cincinnati, for defendant in error.

For full opinion see 5 OO 303; 51 Oh Ap 389.